**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **DUANE BLUE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:26-cv-1249** |
| **v.** | ) | |
| | ) | |
| **CONSOLIDATED CITY OF** | ) | |
| **INDIANAPOLIS AND MARION COUNTY,** | ) | |
| **and ANDREW SAUNDERS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**SUMMONS IN A CIVIL ACTION**

TO:

*Consolidated City of Indianapolis and Marion County*
*C/O Brandon Beeler, Corporation Counsel*
*City County Building*
*200 E. Washington St.*
*Suite 1601*
*Indianapolis, IN 46204*

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Michael Diehl*
*Michael Diehl Law, LLC*
*801 Shelby St.*
*Suite 203*
*Indianapolis, Indiana 46203*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **DUANE BLUE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 1:26-cv-1249** |
| **v.** ) | |
| ) | |
| **CONSOLIDATED CITY OF** ) | |
| **INDIANAPOLIS AND MARION COUNTY,** ) | |
| **and ANDREW SAUNDERS,** ) | |
| ) | |
| **Defendants.** ) | |

**SUMMONS IN A CIVIL ACTION**

TO:

*Andrew Saunders*
*50 N. Alabama St.*
*Indianapolis, IN 46204*

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Michael Diehl*
*Michael Diehl Law, LLC*
*801 Shelby St.*
*Suite 203*
*Indianapolis, Indiana 46203*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____          _____
                                                                            *Signature of Clerk or Deputy Clerk*